ISAIAH LEFFAND, Doing Business as CENTURY RESTAURANT EQUIPMENT COMPANY, Appellant, *v.* FULTON SYSTEMS, INC., Respondent.[*]

Supreme Court, Appellate Term, First Department, June 28, 1943.

*Louis I. Fabricant* for appellant.

*Raphael H. Rhodes* for respondent.

Order so far as appealed from affirmed, with ten dollars costs. No opinion.

SHIENTAG and HECHT, JJ., concur; HAMMER, J., dissents, in memorandum.

HAMMER, J. (dissenting). I dissent and vote for reversal and that the plaintiff-appellant's motion be granted. It seems to me the only logical inference drawable from the evidence is that the law firm participated in the contempt in that they, attor

---

[*] See, also, *Leffand* v. *Fulton System, Inc.,* 180 Misc. 1041 and *Leffand* v. *Schwartz,* 180 Misc. 709. — [REP.

neys of record for defendant, through one of their attorneys, obtained stay of execution, and through another of their attorneys drew and filed the defendant's petition in bankruptcy during the stay period.